# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0072
LT Case No. 2017-302388-CFDB

_____

ANDRUS HOLMES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____


On appeal from the Circuit Court for Volusia County.
Kathryn Diane Weston, Judge.

Michael C. Nappi, of Office of Criminal Conflict and Civil
Regional Counsel, Casselberry, for Appellant.

Andrus Holmes, Daytona Beach, pro se.

James Uthmeier, Attorney General, Tallahassee, and
Rebecca Rock McGuigan, Assistant Attorney Geneal,
Daytona Beach, for Appellee.

December 9, 2025


PER CURIAM.

AFFIRMED.

LAMBERT, EDWARDS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____